THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM L. RICHARD, | CASE NO. C20-6245-JCC |
| Petitioner, | ORDER |
| v. | |
| JEFFREY A. UTTECHT, | |
| Respondent. | |

This matter comes before the Court on United States Magistrate Judge David Christel's Report and Recommendation ("R&R") recommending the Court dismiss Mr. Richard's § 2254 petition without prejudice for failure to exhaust state remedies (Dkt. No. 9). Mr. Richard has not objected to the R&R. Having reviewed the R&R and the relevant record, the Court ADOPTS the R&R, DISMISSES the petition without prejudice, and DENIES a certificate of appealability. The Court DIRECTS the Clerk to send copies of this order to Mr. Richard and to Judge Christel.

DATED this 10th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-6245-JCC
PAGE - 1